## 2017 ND 115
**Alan Lee JESSOP, Appellant**

v.

**Grant LEVI, Director of the North Dakota Department of Transportation, Appellee**

**No. 20160387**

Supreme Court of North Dakota.

Filed 5/16/2017

Thomas F. Murtha IV, Dickinson, N.D., for appellant.

Michael T. Pitcher, Assistant Attorney General, Bismarck, N.D., for appellee.

Per Curiam.

[¶ 1] Alan Lee Jessop appeals a district court judgment affirming a Department of Transportation order revoking his driving privileges for 180 days. He argues that revocation of his driving privileges for his refusal to submit to a warrantless blood test violates his right to be free from unreasonable searches and seizures. We summarily affirm under N.D.R.App.P.

35.1(a)(7). *Beylund v. Levi*, 2017 ND 30, ¶ 27, 889 N.W.2d 907 (rejecting application of doctrine of unconstitutional conditions to violation of implied-consent laws in administrative license suspension proceedings).

[¶ 2] Gerald W. VandeWalle, C.J.

Jerod E. Tufte

Carol Ronning Kapsner

Lisa Fair McEvers

Daniel J. Crothers